■ County of Erie, Respondent, v M/A-Com, Inc., et al., Defendants, and Kevin J. Comerford, Appellant. (Appeal No. 2.) [960 NYS2d 688]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered February 23, 2011. The order denied the motion of defendant Kevin J. Comerford to compel plaintiff to pay the costs of his defense in the action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.